## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RYSHEEN PERMENTER, | : | No. 56 EM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TAMMY FERGUSON, SUPERINTENDENT | : | |
| SCI-GRADERFORD [SIC] AND SCI- | : | |
| PHOENIX JOHN J. TALABER, | : | |
| SECRETARY PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, COREY | : | |
| DAVIS ADMINISTRATOR OF KINTOCK | : | |
| CORRECTIONAL CENTER, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.